```
                IN THE UNITED STATES DISTRICT COURT

                       FOR THE DISTRICT OF OREGON


LESLIE BERNARD HOWARD,                    07-CV-6306-ST

            Plaintiff,                    ORDER

v.

OFFICER D. SHERBONDY, OFFICER
B. WILSON, OFFICER GILBERTSON,
and OFFICER DENISE PARKER,

            Defendants.


LESLIE BERNARD HOWARD
19240 McLoughling Blvd, #216
Gladstone, OR 97027

            Plaintiff, Pro Se

ELIZABETH C. BRODEEN
LEONARD W. WILLIAMSON
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700

            Attorneys for Defendant
```

**BROWN, Judge.**

    Magistrate Judge Janice M. Stewart issued Findings and

1 - ORDER

Recommendation (#42) on October 28, 2008, in which she recommended this Court dismiss this action, without prejudice, for lack of prosecution. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Stewart's Findings and Recommendation (#42). Accordingly, the Court **DISMISSES** this action **without prejudice**.

IT IS SO ORDERED.

DATED this 26th day of November, 2008.

    /s/ Anna J. Brown
    ANNA J. BROWN
    United States District Judge

2 - ORDER